# FINANCIAL DISCLOSURE REPORT
# FOR CALENDAR YEAR 2019

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Mattice, Harry S. | U.S. District Court - EDTN | 08/06/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U. S. District Judge - Senior Status | ☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2019<br>**to**<br>12/31/2019 |

**7. Chambers or Office Address**

Joel W. Solomon Federal Bldg.
900 Georgia Avenue, Room 317
Chattanooga, TN 37402

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐    NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Trust # 1 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑    NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Mattice, Harry S.** | 08/06/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | The Aspen Institute | November 15 - 17, 2019 | Nashville, TN | Seminar | Food, lodging, seminar fees |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Mattice, Harry S.** | 08/06/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Mattice, Harry S.** | 08/06/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. | MORGAN STANLEY BANK N. A. | A | Interest | L | T | Buy<br>(add'l) | 01/14/19 | J | | |
| 2. | | | | | | Buy<br>(add'l) | 12/09/19 | J | | |
| 3. | Mass Mutual Life Insurance Whole Life (2) | C | Interest | M | T | | | | | |
| 4. | Northwestern Mutual Life Variable Comp Life | D | Dividend | N | T | | | | | |
| 5. | Pacific Gas & Electric Common Stock | A | Dividend | | | Sold | 12/09/19 | J | | |
| 6. | Allstate VA Variable Annuity II Policy - 1 YR Fixed Income Fnd 3.00% | A | Interest | | | Redeemed | 01/14/19 | J | A | |
| 7. | MORGAN STANLEY BANK N.A. | A | Dividend | | | Sold | 01/14/19 | L | A | |
| 8. | MS U.S. GOVERNMENT SEC TR 1 (USGDX) | A | Dividend | K | T | | | | | |
| 9. | BLACKROCK LOW DUR BD INV SVC (CMGBX) & INST (BFMSX) | A | Dividend | K | T | | | | | |
| 10. | INVESCO PREMIER INST (IPPXX) | A | Interest | J | T | | | | | |
| 11. | United States Treasury Bill - Mat. 02/15/19 | A | Interest | | | Matured | 02/15/19 | M | A | |
| 12. | United States Treasury Bill - Mat. 05/15/19 | A | Interest | | | Buy | 02/15/19 | M | | |
| 13. | | | | | | Matured | 05/15/19 | M | A | |
| 14. | United States Treasury Bill - Mat. 08/22/19 | A | Interest | | | Buy | 05/15/19 | M | | |
| 15. | | | | | | Matured | 08/22/19 | M | A | |
| 16. | United States Treasury Bill - Mat. 11/15/19 | A | Interest | | | Buy | 08/22/19 | M | | |
| 17. | | | | | | Matured | 11/15/19 | M | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Mattice, Harry S.** | 08/06/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. United States Treasury Bill - Mat. 02/20/20 | A | Interest | M | T | Buy | 11/20/19 | M | | |
| 19. (H) Trust #1: | | | | | | | | | |
| 20. Federated Tax-Free Obligs Funds | A | Interest | K | T | | | | | |
| 21. Virtus Ceredex L/C Val Eq R6 (formerlyRidgeWorth Large Cap Value Eq) | A | Dividend | K | T | Sold<br>(part) | 10/31/19 | K | C | |
| 22. T Rowe Price Institutional Large Cap Growth Fund-I | A | Dividend | L | T | | | | | |
| 23. Federated Strategic Value Equity Fund I | A | Dividend | | | Sold | 10/31/19 | K | D | |
| 24. Hartford Dividend & Growth - Y | A | Dividend | K | T | Sold<br>(part) | 10/31/19 | K | D | |
| 25. BlackRock Global Long/Short Credit FD Instl | A | Interest | | | Sold | 10/31/19 | K | A | |
| 26. Eaton Vance Atlanta Capital SMID Cap Fund | A | Dividend | K | T | Sold<br>(part) | 10/31/19 | K | A | |
| 27. iShares iBoxx Inv. Grade Corp. Bond ETF | A | Interest | | | Sold | 10/31/19 | K | C | |
| 28. Doubleline Total Return Bond Fund | A | Interest | L | T | | | | | |
| 29. Lord Abbett Short Duration Income Fund | A | Interest | | | Sold | 10/31/19 | L | A | |
| 30. Pimco Income Fund | A | Interest | K | T | | | | | |
| 31. Principal Preferred Secs Fund | A | Dividend | | | Sold | 10/31/19 | K | B | |
| 32. Eaton Vance Floating Rate Fund | A | Interest | | | Sold | 10/31/19 | K | A | |
| 33. Invesco Oppenheimer Developing Markets - R6 | A | Dividend | J | T | Buy | 10/31/19 | J | | |
| 34. Edgewood Growth Fund - INS | A | Dividend | J | T | Buy | 10/31/19 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Mattice, Harry S.** | 08/06/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (*No reportable income, assets, or transactions.*)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Cambiar Int'l Equity Fund - INS | A | Dividend | J | T | Buy | 10/31/19 | J | | |
| 36. JOHCM International Select Fund - I | A | Dividend | K | T | Buy | 10/31/19 | K | | |
| 37. Blackstone Alternative Multi-Strategy - I | A | Dividend | J | T | Buy | 10/31/19 | J | | |
| 38. AAM/BAHL & Gaynor Income GR-I | A | Int./Div. | J | T | Buy | 10/31/19 | J | | |
| 39. John Hancock III - Disciplined Value Fund V-I | A | Dividend | J | T | Buy | 10/31/19 | J | | |
| 40. Neuberger Berman igh Income Bond Fund | A | Interest | J | T | Buy | 10/31/19 | J | | |
| 41. Nuveen Small Cap Value - I | A | Dividend | J | T | Buy | 10/31/19 | J | | |
| 42. Pimco Investment Grade Corporate Bond Fund | A | Interest | K | T | Buy | 10/31/19 | K | | |
| 43. T Rowe Price QM US S/C GR EQ - I | A | Dividend | J | T | Buy | 10/31/19 | J | | |
| 44. Vanguard M/B Sec Indx - ADM | A | Int./Div. | K | T | Buy | 10/31/19 | K | | |
| 45. iShares Core S&P 500 ETF | A | Dividend | K | T | Buy | 10/31/19 | K | | |
| 46. iShares US Treasury Bond ETF | A | Interest | K | T | Buy | 10/31/19 | K | | |
| 47. (H) IRA #1 | | | | | | | | | |
| 48. VIRTUS MULTI SECT SHT TRM BD A (NARAX) | A | Interest | J | T | | | | | |
| 49. Morgan Stanley Private Bank NA | A | Interest | K | T | Distributed (part) | 09/24/19 | J | | |
| 50. | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Mattice, Harry S.** | 08/06/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part III. A. Non-Investment Income.  All income earned during reporting period was salary as employee of U.S. Government.

Part VII.  Investments and Trusts.  Trust Assets listed as numbers 20 through 46 are a part of an Irrevocable Insurance Trust created by deceased family member, listed as Trust #1 in Part I of this Report.

Part VII  Investment and Trusts.  IRA Assets listed as numbers 48 through 49 are part of an IRA inherited from a deceased relative.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Harry S. Mattice**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544